UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TERRY MICHAEL COATS,

        Plaintiff,

    v.

SEARS ROEBUCK CO.,

        Defendant.

NO. CIV. S-07-1221 FCD EFB

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendant's Motion for Summary Judgment, or in the alternative, Summary Adjudication of Claims currently set for November 14, 2008 is hereby vacated. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than November 7, 2008.  The Defendant may file and serve a reply on or before November 14, 2008. The court will notify the parties of a hearing date, if a hearing is required.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230©.

3. Plaintiff's counsel shall file his response to the order to show cause on or before November 7, 2008.

4. A hearing on the order to show cause will be set if one is deemed necessary.

IT IS SO ORDERED.

DATED: November 3, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2